Argued March 21, affirmed April 17, 1978

## STATE OF OREGON, *Respondent,*
### *v.*
## SKILLFUL DAVIS, *Appellant.*
### (No. C 77-05-06514, CA 9242)
576 P2d 1272

Thomas J. Crabtree, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Al J. Laue, Solicitor General, Salem.

Before Schwab, Chief Judge, and Thornton, Tanzer and Buttler, Judges.

PER CURIAM.

Affirmed. *State v. Lakeside,* 277 Or 569, 561 P2d 612 (1977), *aff'd sub nom Lakeside v. Oregon,* — US —, 98 S Ct 1091, 55 L Ed 2d 319 (1978); *State v. Caldwell,* 241 Or 355, 405 P2d 847 (1965).